AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

| | |
|---|---|
| **United States of America** | |
| **v.** | **Case No. 24-mj-1175** |
| **DWAYNE LOWERY** | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

## COUNT 1

### (Distribution of Fentanyl)

On or about November 25, 2022, in the Western District of New York, the defendant, **DWAYNE LOWERY** did knowingly and intentionally possess with intent to distribute, and distributed, fentanyl, Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 2

### (Distribution of Fentanyl)

On or about December 2, 2022, in the Western District of New York, the defendant, **DWAYNE LOWERY** did knowingly and intentionally possess with intent to distribute, and distributed, fentanyl, Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 3

### (Possession of Fentanyl with Intent to Distribute)

On or about December 7, 2022, in the Western District of New York, the defendant, **DWAYNE LOWERY,** did knowingly, intentionally, and unlawfully possess with intent to distribute, fentanyl, Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

This Criminal Complaint is based on these facts:

☒  Continued on the attached sheet.

PATRICIA A CALLERI

Digitally signed by
PATRICIA A CALLERI
Date: 2024.07.30
15:40:48 -04'00'

*Complainant's signature*

PATRICIA CALLERI
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

*Printed name and title*

Criminal Complaint submitted electronically by e-mail in .pdf format. Oath administered, and contents and signatures attested to me as true and accurate telephonically pursuant to Fed R. Crim. P. 4.1.

Date: July 30, 2024

City and State:  Buffalo, New York

*Judge's signature*

HONORABLE JEREMIAH J. MCCARTHY
UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

2

## AFFIDAVIT

STATE OF NEW YORK   )
COUNTY OF ERIE        )      SS:
CITY OF BUFFALO      )

I, **PATRICIA CALLERI**, Special Agent with Homeland Security Investigations within the Department of Homeland Security, being duly sworn, deposes and says:

1.      I am a Special Agent with Homeland Security Investigations (HSI) within the Department of Homeland Security, assigned to the office of the Special Agent in Charge, Buffalo, New York, and have been so employed since 2008. As part of my duties as a Special Agent with HSI, I have participated in investigations and/or criminal prosecutions concerning narcotics, human trafficking, and prostitution.

2.      During my law enforcement career, I have participated in multiple investigations targeting individuals engaging in the trafficking and distribution of narcotics. Based on my training, experience in law enforcement, and conversations with DEA Special Agents and Task Force Officers, and other law enforcement officers, I am familiar with how controlled substances are cultivated, manufactured, processed, packaged, distributed, sold, and used by individuals involved in drug trafficking activities, and how drug traffickers use electronic communications to facilitate their illegal activities. As a result of my training and experience, I am familiar with the language, conduct and customs of people engaged in narcotics transactions conspiracies. My investigative experience, as well as the experience of

other law enforcement agents who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.

3.      My investigative experience, as well as the experience of other law enforcement agents who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.  I am thoroughly familiar with the information set forth in this affidavit as a result of my personal investigation, discussions with other law enforcement officers or statements provided by other law enforcement personnel, which have been reported to me, and examination of various documents and records in this investigation.  This affidavit is being submitted for a limited purpose, that is, a probable cause determination, therefore, I have not presented all of the facts of this investigation to date.

4.      I make this affidavit in support a Criminal Complaint charging **DWAYNE LOWERY** DOB: XX/XX/1994 with violating Title 21, United States Code, Sections 841(a)(l) and 841(b)(1)(C) (possession with intent to distribute, and distribution of fentanyl), (hereinafter, the "Enumerated Offenses").

5.      Based upon that information, I assert that the articulated facts establish grounds for the issuance of a Criminal Complaint and an arrest warrant for **DWAYNE LOWERY.** This affidavit is intended to show simply that there is sufficient probable cause for the requested Criminal Complaint and does not set forth all of my knowledge about this matter. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

2

## PROBABLE CAUSE

6.      During this investigation, **DWAYNE LOWERY** was identified as a fentanyl and cocaine trafficker in and around Jamestown, New York.    Your Affiant is aware **DWAYNE LOWERY** has resided at 15 West Cowden Place, Lower Apartment, Jamestown, New York.

7.      On November 25, 2022, members of Jamestown Metro Drug Task Force ("JMDTF") conducted a controlled purchase against **DWAYNE LOWERY** utilizing a confidential informant ("CI").[1]  On the same date, the JMDTF met with the CI at a pre-determined location where the CI was searched with negative results.  The CI was then equipped with an electronic audio/video transmitter and given $120.00 of Official Agency Funds ("OAF").  Surveillance was established in the area of 15 West Cowen Place, Jamestown, NY.   Law enforcement observed **DWAYNE LOWERY** exit the lower apartment of 15 West Cowden Place and approach the CI's vehicle which was parked on the street in front of 15 West Cowden Place. Subsequently, the CI purchased suspected fentanyl from **DWAYNE LOWERY** for $120.00.  At the conclusion of the controlled purchase, the CI turned drug evidence over to the JMDTF.  The suspected fentanyl was logged into evidence at the Jamestown Police Department prior to its submission to the New York State

---

[1] The CI has no criminal history. The CI is working with law enforcement as a concerned citizen and in return, receives compensation for her information. According to law enforcement, the CI is providing information on this case and other cases.  The CI has advised law enforcement personnel that the CI's information is based upon either personal observations or conversations directly with the individuals involved.  According to law enforcement, the CI's information has been found to be credible and reliable and continues to be vetted.  According to law enforcement, none of the CI's historical information regarding drug trafficking activities has been proved to be false or misleading.

Police Western Satellite Crime Laboratory ("Crime Lab") on March 22, 2024. A report from the Crime Lab, dated June 21, 2024, confirmed the substance as 1.503 grams of Fentanyl.

8. On December 2, 2022, members of JMDTF conducted a controlled purchase against **DWAYNE LOWERY** utilizing the same CI. On the same date, the JMDTF Detectives met with the CI at a pre-determined location where the CI was searched with negative results. The CI was then equipped with an electronic audio/video transmitter and given $160.00 of OAF. Surveillance was established in the area of 15 West Cowen Place, Jamestown, NY. Law enforcement observed the CI park in front of 15 West Cowden Place and walk into the front door. The CI purchased suspected fentanyl from **DWAYNE LOWERY** for $160.00. At the conclusion of the controlled purchase, the CI turned drug evidence over to JMDTF Detectives. The suspected fentanyl was submitted to the Crime Lab on March 22, 2024. A report from the Crime Lab, dated June 21, 2024, confirmed the substance as 1.289 grams of Fentanyl.

9. On December 7, 2022, members of the JMDTF and Southern Tier Regional Drug Task Force executed a search warrant for the residence located at 15 West Cowen Place, Lower Apartment, Jamestown, NY, and the person of **DWAYNE LOWERY**. During the search, law enforcement recovered suspected fentanyl, suspected methamphetamine, orange tablets, digital scales, packaging materials, and $1,140 in United States Currency. All evidence was logged into Jamestown Police Department evidence and the suspected fentanyl was submitted to the Crime Lab for testing, which confirmed it as 59.288 grams of fentanyl. Based on your Affiant's training and experience, and information learned during the

investigation, your Affiant believes the recovered drug evidence was meant for distribution, not personal use.

10. **WHEREFORE**, based on the foregoing, your Affiant respectfully submits that probable cause exists to believe that **DWAYNE LOWERY** violated Title 21, United States Code, Sections 841(a)(l) and 841(b)(1)(C) (distribution of fentanyl and possession of fentanyl with intent to distribute), and requests that a Criminal Complaint and Arrest Warrant as aforesaid is issued, and that this Complaint and Affidavit be sealed based on a continuing investigation and further Order of this Court.



Digitally signed by PATRICIA A CALLERI
Date: 2024.07.30 15:41:31 -04'00'

PATRICIA CALLERI
Special Agent
Homeland Security Investigations

Affidavit submitted electronically by e-mail in .pdf format. Oath administered, and contents and signatures attested to me as true and accurate telephonically pursuant to Fed R. Crim. P. 4.1, this 30th day of July 2024.

HONORABLE JEREMIAH J. MCCARTHY
United States Magistrate Judge

5